**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Sharpe Innovations, Inc.
                                      Plaintiff,

v.                                                           Case No.: 1:17–cv–05462
                                                          Honorable Virginia M. Kendall

TracFone Wireless, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 11, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing set for 1/17/2018 [34] is stricken. This case has been reassigned to Judge Kendall for further proceedings.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.