**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHARPE INNOVATIONS, INC., | Case No.  1:17-CV-05462 |
| Plaintiff, | Patent Case |
| vs. | Hon. Virginia M. Kendall |
| TRACFONE WIRELESS, INC., CVS HEALTH CORPORATION, AMAZON.COM, INC., | |
| Defendants. | |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sharpe

Innovations, Inc. and Defendants TracFone Wireless, Inc., CVS Health Corporation, and

Amazon.com, Inc., by and through their respective counsel, hereby stipulate to dismissal ***with***

***prejudice*** of all claims in the above-referenced action and to dismissal without prejudice, as

moot, all counterclaims.  Each party shall bear its own costs, expenses and attorneys' fees.

Dated:  November 15, 2018

Respectfully submitted,

*/s/ Linda X. Shi*
Linda X. Shi
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
lshi@mayerbrown.com

Edward D. Johnson*

1

Michael A. Molano*
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
wjohnson@mayerbrown.com
mmolano@mayerbrown.com

B. Clayton McCraw (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
cmccraw@mayerbrown.com

*\* application for pro hac vice admission
forthcoming*

*Counsel for Defendant, Counterclaim-
Plaintiff, TracFone Wireless, Inc.*

/s/ _Isaac P. Rabicoff_____
Isaac P. Rabicoff
Kenneth A. Matuszewski
RABICOFF LAW LLC
73 W. Monroe Street
Chicago, Illinois 60603
Telephone: (773) 669-4590
isaac@rabilaw.com
kenneth@rabilaw.com
*Counsel for Plaintiff Sharpe Innovations,
Inc.*

/s/_ Louis J. Alex_____ _____
Louis J. Alex
COOK ALEX LTD.
200 West Adams Street
Suite 2850
Chicago, Illinois 60606
Telephone: (312) 236-8500
Facsimile: (312) 236-8176
lalex@cookalex.com

Ethan Horwitz*

CARLTON FIELDS
405 Lexington Avenue, 36th Floor 3000
New York, New York 10174
Telephone: (212) 785-2577
Facsimile: (212) 785-5203
ehorwitz@carltonfields.com

*application for pro hac vice
admission forthcoming*

*Counsel for Defendants CVS Health
Corporation and Amazon.com, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2018 I caused a true and correct copy of the foregoing to be filed and served electronically via the court's CM/ECF system.

/s/ *Isaac Rabicoff*
Isaac Rabicoff